UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD DEWAINE SCOTT,<br><br>Petitioner,<br><br>v.<br><br>THE SUPERIOR COURT OF THE COUNTY OF LOS ANGELES,<br><br>Respondent. | Case No. CV 23-04449-JVS (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: June 28, 2023

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE